**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

CITY OF PITTSBURGH (PUBLIC
WORKS) AND UPMC BENEFITS
MANAGEMENT SERVICES, INC.,

    Petitioner

    v.

WORKERS' COMPENSATION APPEAL
BOARD (RUNCO),

    Respondents

: No. 526 WAL 2014
:
:
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

  **AND NOW**, this 1st day of April, 2015, the Petition for Allowance of Appeal is **DENIED**.